■ SAUL MUCHNICK, Respondent, v ALCAMO SUPPLY AND CONTRACTING CORP. et al., Appellants.—In an action to recover damages for breach of contract, the defendants appeal from a judgment of the Supreme Court, Suffolk County (Luciano, J.), entered November 16, 1988, which, after a nonjury trial, is in favor of the plaintiff and against them in the principal sum of $17,754.55.

Ordered that the judgment is affirmed, with costs.

The defendants' claim that the plaintiff lacked the capacity to sue on the contract is untimely. By failing to assert such a defense in a motion before the service of their answer or in the answer itself, they have waived any objection to the plaintiff's standing *(see,* CPLR 3211 [e]; *Matter of Prudco Realty Corp. v Palermo,* 60 NY2d 656, 657; *Erljur Assocs. v Weissman,* 134 AD2d 321).

Moreover, the findings of fact by the trial court were not against the weight of the evidence *(see, Strauf v Ettson Enters.,* 106 AD2d 737).

We find the defendants' remaining contentions to be either unpreserved for appellate review or without merit. Thompson, J. P., Kunzeman, Lawrence and O'Brien, JJ., concur.